**NOT  DESIGNATED  FOR  PUBLICATION**

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Jerrel Wayne Fontenot
Rayburn Corr. Inst. DOC No. 241402
27268 Hwy. 21 N
Angie LA 70426

> Judgment on rehearing rendered and mailed to all parties or counsel of record on October 13, 2021

**REHEARING ACTION: October 13, 2021**

**Docket Number: 19   00258-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JERREL WAYNE FONTENOT**

**Writ Application from Rapides Parish Case No. 323,117**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Billy Howard Ezell**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Jerrel Wayne Fontenot** is:

> **REHEARING DENIED**.  Relator's application for rehearing does not meet the criteria of Uniform Rules—Courts of Appeal, Rule 2-18.7. Further, the trial court has not ruled on the merits of Relator's application for post-conviction relief. Thus, this court may not consider the merits of those claims. Uniform Rules—Courts of Appeal, Rule 1-3.

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent